TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Blvd. S, Ste. 1100
Las Vegas, Nevada 89101
702-388-6336
Robert.Knief@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Plaintiff,<br>            vs.<br>CHIANGTAN MAI<br>HOI MAN MAK, and<br>JIANWEN MAI,<br>                              Defendants | Case No. 2:26-mj-0185-DJA<br><br>**Stipulation to Continue Preliminary Hearing**<br><br>(Second Request) |

It is stipulated and agreed, by and between Robert Knief, Assistant United States Attorney, counsel for the United States of America and Rebecca Levy, counsel for defendant Changtian Mai, Rachael Stewart, counsel for defendant Hoi Man Mak, and Osvaldo Fumo counsel for Jianwen Mai, that the preliminary hearing in this case currently set for May 11, 2026, be vacated and continued until a time convenient to the Court, but no earlier than 30 days from the currently scheduled hearing.

This stipulation is entered into for the following reasons:

1.      Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the defendant's consent and upon a showing of good cause—a magistrate judge may extend the time limits [for preliminary hearings] one or more times."

1

2.    This continuance is not sought for the purpose of delay, but to allow for counsel to meet and confer with their clients.  Each defendant requires the services of a Mandarin interpreter which slows this process considerably parties to discuss resolutions prior to indictment.

3.    Defendants are not in custody.

4.    Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy preliminary hearing and trial.

5.    Defendants, Counsel for Defendants, and the Government agree to the above-referenced continuance.

7.    This is the first request for a continuance.

DATED this 7th day of May 2026.


/s/ Rebecca Levy
REBECCA LEVY
Counsel for Defendant
Changtian Mai


/s/ Osvaldo Fumo
OSVALDO FUMO
Counsel for Defendant
Jianwen Mai

/s/ Robert Knief
ROBERT KNIEF
Assistant United States Attorney


/s/ Rachael Stewart
RACHAEL STEWART
Counsel for Defendant
Hoi Man Mak

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:26-mj-0185-DJA |
| Plaintiff, | **Order on Stipulation to Continue Preliminary Hearing** |
| vs. | |
| CHIANGTAN MAI HOI MAN MAK, and JIANWEN MAI, | |
| Defendants | |

## I.   Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  This continuance is not sought for the purpose of delay, but to allow for counsel to meet and confer with their clients.  Each defendant requires the services of a Mandarin interpreter which slows this process considerably parties to discuss resolutions prior to indictment.

2.  Defendants are not in custody.

3.  Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy preliminary hearing and trial.

4.  Defendants, Counsel for Defendants, and the Government agree to the above-referenced continuance.

5.  This is the second request for a continuance.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the change of plea and trial dates.

3

Case 2:26-mj-00185-DJA   Document 35   Filed 05/08/26   Page 4 of 4

## II.   Conclusions of Law

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy preliminary hearing and trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice and deny the parties the ability to confer with their clients.

## III.   Order

IT IS ORDERED that the preliminary hearing scheduled for May 11, 2026, at 4:00 p.m., be vacated and continued to **June 11, 2026, at 4:00 p.m.**

IT IS SO ORDERED

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE


DATED: 5/08/2026

4