TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Blvd. S, Ste. 1100
Las Vegas, Nevada 89101
702-388-6336
Robert.Knief@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHIANGTAN MAI,<br>HOI MAN MAK, and<br>JIANWEN MAI,<br>Defendants. | Case No. 2:26-mj-0185-DJA<br><br>**Stipulation to Continue Preliminary Hearing**<br><br>**(Fourth Request)** |

It is stipulated and agreed, by and between Robert Knief, Assistant United States Attorney, counsel for the United States of America and Rebecca Levy, counsel for defendant Changtian Mai, Joel Mann, counsel for defendant Hoi Man Mak, and Osvaldo Fumo counsel for Jianwen Mai, that the preliminary hearing in this case currently set for July 20, 2026, be vacated and continued until a time convenient to the Court, but no earlier than 45 days from the currently scheduled hearing.

This stipulation is entered into for the following reasons:

1. Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the defendant's consent and upon a showing of good cause—a magistrate judge may extend the time limits [for preliminary hearings] one or more times."

1. This continuance is not sought for the purpose of delay, but to allow for counsel

to meet and confer with their clients. Each defendant requires the services of a Mandarin interpreter which considerably slows the process the parties go through to discuss the facts and potential resolutions prior to indictment.

2. Defendant Mak has recently retained new counsel who is unavailable for a hearing on July 20 and needs time to discuss this case with his client.

3. Defendants are not in custody.

4. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy preliminary hearing and trial.

5. Defendants, Counsel for Defendants, and the Government agree to the above-referenced continuance.

7. This is the first request for a continuance.

DATED this 14th day of July 2026.

*/s/ Rebecca Levy*
REBECCA LEVY
Counsel for Defendant
Changtian Mai

*/s/ Robert Knief*
ROBERT KNIEF
Assistant United States Attorney

*/s/ Osvaldo Fumo*
OSVALDO FUMO
Counsel for Defendant
Jianwen Mai

/s/ Joel Mann
JOEL MANN
Counsel for Defendant
Hoi Man Mak

**NITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>CHIANGTAN MAI,<br>HOI MAN MAK, and<br>JIANWEN MAI,<br>Defendants. | Case No.: 2:26-mj-0185-DJA<br>**Order on Stipulation to Continue Preliminary Hearing** |

## I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

2. This continuance is not sought for the purpose of delay, but to allow for counsel to meet and confer with their clients. Each defendant requires the services of a Mandarin interpreter which considerably slows the process the parties go through to discuss the facts and potential resolutions prior to indictment.
3. Defendant Mak has recently retained new counsel who is unavailable for a hearing on July 20 and needs time to discuss this case with his client.
4. Defendants are not in custody.
5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy preliminary hearing and trial.
6. Defendants, Counsel for Defendants, and the Government agree to the above-referenced continuance.
7. This is the fourth request for a continuance.

For all the above-stated reasons, the ends of justice would best be served by a

continuance of the preliminary hearing date.

## II. Conclusions of Law

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendants in a speedy preliminary hearing and trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice and deny the parties the ability to confer with their clients.

## III. Order

IT IS ORDERED that the preliminary hearing scheduled for July 20, 2026, at 4:00 p.m., be vacated and continued to September 4, 2026, at 4:00 p.m..

IT IS SO ORDERED

______________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/15/2026